**No. 10-6543. Josephine Foreman and David Foreman, Petitioners v. Louisiana, et al.**

562 U.S. 1015, 131 S. Ct. 534, 178 L. Ed. 2d 393, 2010 U.S. LEXIS 8639, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6554. Gerry Dale Roadcap, Petitioner v. Kevin Milyard, Warden, et al.**

562 U.S. 1015, 131 S. Ct. 534, 178 L. Ed. 2d 393, 2010 U.S. LEXIS 8340.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 381 Fed. Appx. 859.

**No. 10-6580. Michael Schlussel, Petitioner v. United States.**

562 U.S. 1015, 131 S. Ct. 534, 178 L. Ed. 2d 393, 2010 U.S. LEXIS 8346.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 383 Fed. Appx. 87.

**No. 10-6593. Luke Gatlin, Petitioner v. United States.**

562 U.S. 1015, 131 S. Ct. 534, 178 L. Ed. 2d 393, 2010 U.S. LEXIS 8452.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 613 F.3d 374.

**No. 10-6594. Paul Martin Henrikson, Petitioner v. United States.**

562 U.S. 1016, 131 S. Ct. 535, 178 L. Ed. 2d 393, 2010 U.S. LEXIS 8334.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 383 Fed. Appx. 428.

**No. 10-6596. Samuel L. Henderson, Petitioner v. United States.**

562 U.S. 1016, 131 S. Ct. 535, 178 L. Ed. 2d 393, 2010 U.S. LEXIS 8450.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 382 Fed. Appx. 736.

**No. 10-6597. Kenneth Deandre Rodgers, Petitioner v. United States.**

**No. 10-6750. Shondor Arceneaux, Petitioner v. United States.**

**No. 10-6808. Michael Dennis Williams, Petitioner v. United States.**

562 U.S. 1016, 131 S. Ct. 535, 178 L. Ed. 2d 393, 2010 U.S. LEXIS 8432.

November 1, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same cases below, 375 Fed. Appx. 682.